## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Fujinon Corporation            )
                                      )
           Plaintiff          )
                                      )       Civil Action No.
      v.                      )
                                      )
Samsung Telecommunications    )       **JURY TRIAL DEMANDED**
America, LP. and Samsung Electronics   )
Co., Ltd.                              )
                                      )
           Defendants.         )
                                      )

## <u>COMPLAINT</u>

Plaintiff, Fujinon Corporation ("Fujinon"), brings this action against Defendants, Samsung Telecommunications America LP and Samsung Electronics Co., Ltd., jointly and severally, hereinafter collectively referred to as "Samsung," for patent infringement under the patent laws of the United States, Title 35, United States Code §§ 101 *et seq.* and for the redress of other wrongs as follows:

1.      Plaintiff Fujinon Corporation (hereinafter "Fujinon") is a Japanese corporation with its principal place of business at 1-324 Uetake Kita-ku, Saitama, 331-9624, Japan.

2.      Defendant, Samsung Telecommunications America, LP (hereinafter "STA LP"), upon information and belief, is a limited partnership formed under the laws of the State of Delaware with its principal place of business at 1301 E. Lookout Drive, Richardson, Texas 75082. STA LP may be served with process within the State of Delaware at the offices of its registered agent, the Corporation Service Company, 2711 Centreville Road, Suite 400, Wilmington, Delaware, New Castle County, 19808. Upon information and belief, STA LP is comprised of Samsung Telecommunications America General LLC, which is the 1% general

partner, and Samsung Telecommunications America, Limited LLC, which is the 99% limited partner.

3.      Defendant, Samsung Electronics Co., Ltd., (hereinafter "Samsung Electronics"), upon information and belief is a Republic of Korea company with its principal place of business in Suwon, Korea. Upon information and belief, 100% of the capital stock of Samsung Telecommunications America General and Limited LLC is owned by Samsung Electronics. Upon information and belief, STA LP is the alter ego, or agent, of Samsung Electronics inasmuch as STA LP is dominated by Samsung Electronics, there is an overlapping business relationship controlled by Samsung Electronics, Samsung Electronics possesses the capacity to influence STA LP's major business decisions, there is unity of interest and ownership such that the separate personalities of the subsidiary and parent no longer exist, there is a close connection between the relationship between the defendants and the cause of action, and an inequitable and/or unjust result will follow if Samsung Electronics is not held liable for the liability of STA LP.

4.      Defendants, STA LP and Samsung Electronics (hereinafter together referred to as "Samsung"), are in the business of selling their products throughout the United States, including the State of Delaware.  Upon information and belief, Samsung has solicited business in the State of Delaware, is doing business in this judicial district, and has attempted to derive financial benefit from residents of the State of Delaware, including benefits directly related to the instant cause of action set forth herein.

2

**Jurisdiction and Venue**

5.    This action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

6.    Upon information and belief, Samsung places its products related to this cause of action into the stream of commerce throughout the United States, which products have been offered for sale and/or sold within this judicial district.

7.    Samsung is subject to personal jurisdiction in this judicial district and, upon information and belief, is doing other business in this judicial district.  Samsung sells, offers to sell and has sold its products related to this cause of action within the State of Delaware.

8.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b) in that, among other things, the acts of infringement complained of have been committed in the State of Delaware.

**Facts**

9.    Plaintiff, Fujinon, is the assignee from Hiromitsu Yamakawa of United States Patent No. 6,842,295 ("the '295 patent"), and from Yoshikazu Shinohara of No. 6,795,253 ("the '253 patent").  The '295 and '253 patents were duly and legally issued and copies of the patents are attached as Exhibits A and B, respectively.

10.    Broadly, the '295 patent and the '253 patent are each for an imaging lens.

11.    Fujinon has become aware of various cellular phone products offered for sale and sold by Samsung which incorporate the invention of the '295 patent or the '253 patent.  In particular, at least the following models of Samsung's products infringe the above-referenced patents as follows: MM-A700 (SPH-a700) infringes the '253 patent, SCH-a610 infringes the '295 patent, SGH-e315 infringes the '295 patent, SGH-p735 infringes the '253 patent, SGH-

3

p777 infringes the '253 patent, SPH-a790 infringes the '295 patent, D415 (SGH-d415) infringes the '295 patent, SCH-a670 infringes the '295 patent, SGH-T809 infringes the '253 patent, SPH-A900 infringes the '253 patent, SPH-A880 infringes the '253 patent, SGH-ZX10 infringes the '253 patent, SCH-a950 infringes the '253 patent, D510 infringes the '253 patent, SGH-D720 infringes the '253 patent, SGH-X800 infringes the '253 patent, SGH-E760 infringes the '253 patent, SPH-A920 infringes the '253 patent and SPH-A680 infringes the '295 patent ("the infringing products").  Samsung has offered for sale and sold the infringing products in and into the State of Delaware.  On information and belief, other as yet unidentified products of Samsung also infringe the '295 patent and/or the '253 patent.

**Count 1:**　　　**Direct Infringement of Patents '295 and '253**

12.　　　Fujinon realleges the above paragraphs as if fully set forth herein.

13.　　　Samsung has been and is infringing the '295 patent and the '253 patent under 35 U.S.C. § 271(a) by making, using, importing, offering for sale, or selling, without license or authority in this district and elsewhere in the United States, the infringing products.

14.　　　The foregoing infringement by Samsung has been willful and deliberate and will continue unless enjoined by this Court.

15.　　　Unless a preliminary and permanent injunction are issued enjoining Samsung and its agents, servants, subsidiaries, affiliates, employees, attorneys, representatives, and all others acting on their behalf from infringing the '295 and the '253 patents, Fujinon will be greatly and irreparably harmed.

**Count 2:**　　　**Inducement to Infringe Patents '295 and '253**

16.　　　Fujinon realleges the above paragraphs, 1-11, inclusive as if fully set forth herein.

4

17.    Upon information and belief, Samsung has been infringing the '295 patent and the '253 patent under 35 U.S.C. § 271(b) by inducing others to engage in direct infringement under 35 U.S.C. § 271(a) with a knowledge and an intent to induce the specific infringing acts and to cause the infringement.

18.    Upon information and belief, Samsung significantly, actively and intentionally aided, abetted, participated in and was and is a proximate, contributing and concurring cause of the aforesaid infringement, because, without limitation, Samsung imported and/or induced the importation of the infringing products.

19.    By its infringing conduct, Samsung has made unlawful gains and profits, and Fujinon, due to the same infringing conduct, has been deprived of rights and remunerations that would have otherwise come to Fujinon but for the infringement.  Samsung has thus caused Fujinon irreparable damage and will continue to cause Fujinon additional damages.

## Prayer for Relief

**WHEREFORE**, Plaintiff, Fujinon, prays this Court for the following relief:

a)    A Judgment that Samsung has infringed and induced others to infringe the claims of the '295 and '253 patents;

b)    A Judgment that Samsung's infringement of the '295 and '253 patents has been, and continues to be, willful and deliberate;

c)    Preliminary and permanent injunctive relief prohibiting Samsung, its subsidiaries, affiliates, officers, agents, servants, employees, licensees, and all other persons acting or attempting to act in active concert or participation with them or acting on their behalf, from further infringement or inducement of infringement of the '295 and '253 patents;

5

     d)      A Judgment that Samsung be ordered to account for and pay all damages caused by reason of Samsung's infringement pursuant to 35 U.S.C. § 284, including enhanced damages under 35 U.S.C. § 284 in an amount to be determined by the Court;

     e)      A Judgment that Samsung be ordered to pay Fujinon's costs, expenses and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285;

     f)      An award of pre-judgment and post-judgment interest on the damages caused to Fujinon by Samsung's infringement; and

     g)      Such other and further relief as the Court may deem just and proper under the circumstances.

## Jury Demand

Plaintiff, Fujinon, demands a jury trial on all issues so triable.

Dated:  May 19, 2006             STEVENS & LEE, P.C.


By:  */s/ Joseph Grey*
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE  19801
Telephone:  (302) 654-5180
Telecopier:  (302) 654-5181
E-Mail:  jg@stevenslee.com


Quentin R. Corrie
Charles Gorenstein
Robert J. Kenney
8110 Gatehouse Road
Suite 100 East
Falls Church, VA 22040-0747
(703) 205-8000

*Counsel for the Plaintiff*

6

# EXHIBIT A



US006842295B2

(12) **United States Patent**
Yamakawa

(10) **Patent No.:** **US 6,842,295 B2**
(45) **Date of Patent:** **Jan. 11, 2005**

(54) **IMAGING LENS FORMED OF APERTURE DIAPHRAGM AND ONLY TWO LENS COMPONENTS**

(75) Inventor: **Hiromitsu Yamakawa**, Saitama (JP)

(73) Assignee: **Fuji Photo Optical Co., Ltd.**, Saitama (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 7 days.

(21) Appl. No.: **10/385,531**

(22) Filed: **Mar. 12, 2003**

(65) **Prior Publication Data**

US 2003/0197956 A1 Oct. 23, 2003

(30) **Foreign Application Priority Data**

Mar. 29, 2002 (JP) ........................................ 2002-094265

(51) Int. Cl.⁷ ............................. G02B 3/02; G02B 13/18
(52) U.S. Cl. ........................................ **359/708**; 359/717
(58) Field of Search ................................. 359/708–717, 359/738–739

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,502,597 A    3/1996  Estelle et al.

| | | |
|---|---|---|
| 6,011,660 A | 1/2000 | Nagahara |
| 6,416,240 B1 | 7/2002 | Johnson |
| 6,441,971 B2 | 8/2002 | Ning |
| 6,724,532 B1 * | 4/2004 | Fu et al. ..................... 359/717 |

* cited by examiner

*Primary Examiner*—Georgia Epps
*Assistant Examiner*—Alicia M Harrington
(74) *Attorney, Agent, or Firm*—Arnold International; Jon W. Henry; Bruce Y. Arnold

(57) **ABSTRACT**

An imaging lens for an image pickup device is formed of only two lens components that are lens elements. An aperture diaphragm is on the object side of the object-side lens component. All four lens component lens surfaces are aspheric. The lens surface configuration near the optical axis of the object-side lens surface of the second lens component is convex. The lens surface configuration near the optical axis of at least one of the other three lens surfaces is concave. In various different embodiments, the lens surface configuration near the optical axis and the lens surface configuration near the periphery of a lens surface are different; the lens surface configuration of the intermediate portion of a lens surface differs from the other lens surface configurations; the Abbe numbers of the two lens elements satisfy a certain relationship; and a diffractive optical surface is used as one lens surface.

**23 Claims, 13 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Spherical Aberration
Fig. 11A

Astigmatism
Fig. 11B

Distortion
Fig. 11C

Lateral Color
Fig. 11D



Spherical Aberration
Fig. 12A

Astigmatism
Fig. 12B

Distortion
Fig. 12C

Lateral Color
Fig. 12D



Spherical Aberration
Fig. 13A

Astigmatism
Fig. 13B

Distortion
Fig. 13C

Lateral Color
Fig. 13D



Spherical Aberration
Fig. 14A

Astigmatism
Fig. 14B

Distortion
Fig. 14C

Lateral Color
Fig. 14D



Spherical Aberration
Fig. 15A

Astigmatism
Fig. 15B

Distortion
Fig. 15C

Lateral Color
Fig. 15D



Spherical Aberration
Fig. 16A

Astigmatism
Fig. 16B

Distortion
Fig. 16C

Lateral Color
Fig. 16D



Spherical Aberration
Fig. 17A

Astigmatism
Fig. 17B

Distortion
Fig. 17C

Lateral Color
Fig. 17D



Spherical Aberration
Fig. 18A

Astigmatism
Fig. 18B

Distortion
Fig. 18C

Lateral Color
Fig. 18D



Spherical Aberration
Fig. 19A

Astigmatism
Fig. 19B

Distortion
Fig. 19C

Lateral Color
Fig. 19D



Spherical Aberration
Fig. 20A

Astigmatism
Fig. 20B

Distortion
Fig. 20C

Lateral Color
Fig. 20D



Spherical Aberration
Fig. 21A

Astigmatism
Fig. 21B

Distortion
Fig. 21C

Lateral Color
Fig. 21D



Spherical Aberration
Fig. 22A

Astigmatism
Fig. 22B

Distortion
Fig. 22C

Lateral Color
Fig. 22D



Spherical Aberration
Fig. 23A

Astigmatism
Fig. 23B

Distortion
Fig. 23C

Lateral Color
Fig. 23D



Fig. 24

US 6,842,295 B2

1

# IMAGING LENS FORMED OF APERTURE DIAPHRAGM AND ONLY TWO LENS COMPONENTS

## BACKGROUND OF THE INVENTION

Conventionally, an imaging device using an image pickup device, such as a CCD (Charge Coupled Device) or a CMOS (Complementary Metal Oxide Semiconductor), has been known. In such an imaging device, an image of an object is formed on an image pickup device and electronic signals from the image pickup device are processed in order to create image data that may be recorded or further processed to provide an image for viewing. Miniaturization of the image pickup devices has been progressing in recent years in order to make the entire imaging device smaller.

In particular, the miniaturization of module cameras for inputting picture images in cellular phones and digital still cameras (hereinafter referred to as digital cameras) has been remarkable in recent years. Conventionally, the imaging lens used in small imaging devices has been a small, single lens component in order to achieve the desired small size and portability desired. Additionally, in recent years, the performance capabilities of image pickup devices has been improved, and small image pickup devices with higher pixel densities have been developed without increasing the size of the image pickup device. Associated with the realization of higher pixel density, higher optical performance of the imaging lens used with the image pickup device is demanded. However, a small, single lens component does not satisfy the optical performance requirements needed.

Recently, in order to obtain tolerable optical performance for image pickup devices having a high pixel density, consideration has been given to increasing the number of lens components of the imaging lens. However, while increasing the number of lens components enables improvement of the image quality, it is disadvantageous from the standpoint of increasing the overall length of the imaging lens, and may result in the small size and portability of the imaging device being lost. Conventionally, an imaging lens with a high optical performance that is suitable for mounting in a small, image pickup device having a high pixel density has not been fully developed in terms of satisfying the desired miniaturization requirements and providing a satisfactory image quality.

Furthermore, as an imaging lens for an imaging device, the optical performance requirements may not relate solely to the imaging lens itself but may depend on the characteristics of the image pickup device. For example, in the case of using an image pickup device such as a CCD, in general it is desirable that light rays generally are incident onto the image surface of the image pickup device nearly normal to the surface. In other words, it is desirable to secure a telecentric property at the image plane. Therefore, it is desired to develop an imaging lens with various performance capabilities that match with the characteristics of an image pickup device with which the imaging lens may be used.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates to an imaging lens with optical performance characteristics suitable for mounting in a small imaging device and for forming a small image onto the small imaging device.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given below and the accom-

2

panying drawings, which are given by way of illustration only and thus are not limitative of the present invention, wherein:

FIG. 1 shows a cross-sectional view of the imaging lens according to Embodiment 1;

FIG. 2 shows a cross-sectional view of the imaging lens according to Embodiment 2;

FIG. 3 shows a cross-sectional view of the imaging lens according to Embodiment 3;

FIG. 4 shows a cross-sectional view of the imaging lens according to Embodiments 5 and 6;

FIG. 5 shows a cross-sectional view of the imaging lens according to Embodiment 7;

FIG. 6 shows a cross-sectional view of the imaging lens according to Embodiments 8 and 9;

FIG. 7 shows a cross-sectional view of the imaging lens according to Embodiment 10;

FIG. 8 shows a cross-sectional view of the imaging lens according to Embodiment 11;

FIG. 9 shows a cross-sectional view of the imaging lens according to Embodiments 12 and 13;

FIG. 10 is a cross-sectional view of the imaging lens according to an embodiment of the present invention with ray tracings related to explaining the imaging lens of the present invention;

FIGS. 11A–11D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 1;

FIGS. 12A–12D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 2;

FIGS. 13A–13D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 3;

FIGS. 14A–14D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 4;

FIGS. 15A–15D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 5;

FIGS. 16A–16D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 6;

FIGS. 17A–17D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 7;

FIGS. 18A–18D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 8;

FIGS. 19A–19D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 9;

FIGS. 20A–20D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 10;

FIGS. 21A–21D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 11;

FIGS. 22A–22D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 12; and

FIGS. 23A–23D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 13; and

FIG. 24 shows a cross-sectional view of the imagine lens according to Embodiment 4.

3

## DETAILED DESCRIPTION

First, definitions of the terms "lens element" and "lens component" that relate to the following detailed description will be given. The term "lens element" is herein defined as a single transparent mass of refractive material having two opposed refracting surfaces, which surfaces are positioned at least generally transversely of the optical axis of the imaging lens. The term "lens component" is herein defined as (a) a single lens element spaced so far from any adjacent lens element that the spacing cannot be neglected in computing the optical image forming properties of the lens elements or (b) two or more lens elements that have their adjacent lens surfaces either in full overall contact or overall so close together that the spacings between adjacent lens surfaces of the different lens elements are so small that the spacings can be neglected in computing the optical image forming properties of the two or more lens elements. Thus, some lens elements may also be lens components. Therefore, the terms "lens element" and "lens component" should not be taken as mutually exclusive terms. In fact, the terms may frequently be used to characterize a single lens element in accordance with part (a) above of the definition of a "lens component."

A general description of the preferred embodiments of the imaging lens of the present invention will now be described with reference to FIG. 1 that shows Embodiment 1. In FIG. 1, the lens elements are referenced by the symbols L1 and L2, in order from the object side of the imaging lens. Similarly, the radii of curvature of the lens elements are referenced by the letter r followed by a number denoting their order from the object side of the imaging lens, from r1 to r4.

In accordance with the definitions of "lens component," and "lens elements" above, in the thirteen preferred embodiments of the imaging lens of the present invention described below, lens elements L1 and L2 are also lens components. Thus, the present invention may variously be described in terms of lens elements or in terms of lens components.

An aperture diaphragm St is arranged in a position closer to the object side than that of the first lens L1. That is, the aperture diaphragm St is arranged closest to the object side within the imaging lens. Placing the aperture diaphragm St as specified closest to the object side, in front of the first lens element L1, assists in achieving a telecentric property on the image side with a particular image pickup device.

An image pickup device, such as a CCD (not shown), is arranged at the image plane Simg of the imaging lens. A glass or plastic parallel plane cover plate CG for the purpose of protecting an optical filter, or optical filters, and the image pickup device may be inserted between the second lens component L2 and the image plane Simg as indicated by its dotted line representation in FIG. 1. The on-axis surface spacings along the optical axis of the lens surfaces are referenced by the letter d followed by a number denoting their order from the object side of the imaging lens, from d0 to d3.

The four lens surfaces of the first and second lens elements L1 and L2 are aspheric lens surfaces. The four aspheric lens surfaces satisfy the following equation:

$$Z=[(CY^2)/\{1+(1-K\cdot C^2\cdot Y^2)^{1/2}\}]+A_3Y^3+A_4Y^4+A_5Y^5+A_6Y^6+A_7Y^7+A_8Y^8+A_9Y^9+A_{10}Y^{10} \qquad \text{Equation (A)}$$

where

Z is the length (in mm) of a line drawn from a point on the aspheric lens surface at a distance Y from the optical axis to the tangential plane of the aspheric surface vertex,

C is the curvature (=1/the radius of curvature, r) of the aspheric lens surface near the optical axis,

4

Y is the distance (in mm) from the optical axis,

K is the eccentricity, and

$A_3$–$A_{10}$ are the third through tenth aspheric coefficients. Additionally, the lens material of each lens element may be either optical glass or plastic. The imaging lenses related to the present invention are designed for images of relatively small dimensions, for example, a diameter of eight millimeters or less so that they are suitable for a small imaging device.

With reference to FIG. 10, herein the following phrases have the following meanings with regard to the lens surfaces. The phrase "lens surface configuration near the optical axis" means, for example, a lens surface configuration within the range where a light beam 51 whose angle of view is zero degrees passes through. Further, the phrase "lens surface configuration near the periphery" means, for example, a lens surface configuration within the range of a light beam 52 with a maximum angle of view passes through. Further, the phrase "lens surface configuration of the intermediate portion" means a lens surface configuration in the region between near the optical axis and near the periphery. Because of the breadth of light beam 52 based on the size of the aperture diaphragm St, the lens surface may have different lens surface configurations near the periphery, that is, in the region where the light beam 52 passes. Thus, the phrase "the lens surface configuration near the periphery" may refer to a uniform configuration, such as concave or convex, and the phrase "a lens configuration near the periphery" may refer to configurations where the breadth of the light beam 52 may be large enough to pass through lens surface areas of different curvature, such as both concave and convex.

Thirteen preferred embodiments of the zoom lens of the present invention will now be described with reference to FIGS. 1–9. In FIGS. 1–9, the optical path of the light ray that enters at the maximum angle of view and passes through the top of the aperture diaphragm St is shown, which light ray is also one of the light rays shown in FIG. 10.

### Embodiment 1

FIG. 1 shows the basic lens element configuration of an imaging lens of Embodiment 1 of the present invention. As shown in FIG. 1, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. 1, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, and the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave.

Table 1 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number $v_d$ (at the d-line of λ=587.6 nm) of each lens element for Embodiment 1. Listed in the bottom portion of Table 1 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 1. The thickness of the glass or plastic cover plate CG is 0.35 mm and its refractive index is 1.51872.

US 6,842,295 B2

5

6

## TABLE 1

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.3000 | | |
| 1 | −1.7118 | 0.7000 | 1.52876 | 51.0 |
| 2 | −1.1771 | 0.2000 | | |
| 3 | 1.0546 | 0.7000 | 1.49227 | 57.5 |
| 4 | 1.2151 | | | |
| f = 2.450 mm | $F_{NO}$ = 2.8 | Bf = 1.872 mm | 2ω = 67° | TCL = 3.772 mm |

Table 2 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 1. Aspheric coefficients that are not present in Table 2 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

## TABLE 2

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | 5.46236 | 3.16167E-2 | −3.14787E-2 | −5.87570E-1 | −2.21697 |
| 2 | 1.84382 | −1.55226E-2 | −9.66662E-2 | 7.29696E-2 | 0.00000 |
| 3 | 2.30137E-1 | 1.85719E-2 | −4.17506E-2 | −4.83449E-3 | 0.00000 |
| 4 | 1.08370 | 2.10920E-1 | −1.72799E-1 | −4.54405E-2 | 0.00000 |

FIGS. 11A–11D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 1. In FIG. 11A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 11A the f-number of this embodiment is 2.8. In FIG. 11B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 11C the distortion is shown at the e-line (λ=546.07 nm). FIG. 11D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 33.3°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 1 the various aberrations are favorably corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 1 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) distortion aberration can be smaller; (2) the length from the front end of the optical system to the image plane can be comparatively shorter; and (3) the field curvature can be comparatively smaller.

Embodiment 2

FIG. 2 shows the basic lens element configuration of an imaging lens of Embodiment 2 of the present invention. As shown in FIG. 2, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is concave, the lens surface configuration near

the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. 1, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex.

Table 3 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number $v_d$ (at the d-line of λ=587.6 nm) of each lens element for Embodiment 2. Listed in the bottom portion of Table 3 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 2. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

## TABLE 3

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 1.0000 | | |
| 1 | −22.1504 | 2.0000 | 1.52876 | 51.0 |
| 2 | 9.9568 | 0.5251 | | |
| 3 | 1.2576 | 1.6000 | 1.52876 | 51.0 |
| 4 | 13.1487 | | | |
| f = 2.900 mm | $F_{NO}$ = 2.8 | Bf = 1.980 mm | 2ω = 69° | TCL = 7.105 mm |

Table 4 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 3. Aspheric coefficients that are not present in Table 4 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

7                                          8

TABLE 4

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −5.73914 | −1.61356E−2 | −5.66824E−3 | −2.00846E−2 | 8.20392E−3 |
| 2 | 4.50936E−1 | −1.44417E−1 | 3.20510E−2 | −4.39887E−3 | −3.17440E−5 |
| 3 | −2.35265E−2 | −3.63811E−2 | 1.27095E−2 | −3.60835E−3 | 2.90231E−4 |
| 4 | 3.72018E−1 | 1.62654E−1 | −5.28833E−2 | 6.10245E−3 | −2.48354E−4 |

FIGS. **12A–12D** show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 2. In FIG. **12A**, the spherical aberration is shown for the e-line ($\lambda$=546.07 nm), the g-line ($\lambda$=435.8 nm), and the C-line ($\lambda$=656.3 nm). As shown in FIG. **12A** the f-number of this embodiment is 2.8. In FIG. **12B**, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. **12C** the distortion is shown at the e-line ($\lambda$=546.07 nm). FIG. **12D** shows the lateral color at the g-line ($\lambda$=435.8 nm) and at the C-line ($\lambda$=656.3 nm). The half-image angle $\omega$ for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 2 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 2 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

Embodiment 3

FIG. **3** shows the basic lens element configuration of an imaging lens of Embodiment 3 of the present invention. As shown in FIG. **3**, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. **3**, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex, and the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens element L2 is concave.

Table 5 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface

near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546.1 nm) and the Abbe number $v_d$ (at the d-line of $\lambda$=587.6 nm) of each lens element for Embodiment 3. Listed in the bottom portion of Table 5 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 3. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 5

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 1.0000 | | |
| 1 | −31.2953 | 2.0000 | 1.52876 | 51.0 |
| 2 | 5.2695 | 0.3910 | | |
| 3 | 1.2602 | 1.8000 | 1.52876 | 51.0 |
| 4 | −22.7601 | | | |
| f = 2.900 mm | $F_{NO}$ = 2.8 | Bf = 1.976 mm | $2\omega$ = 69° | TCL = 7.167 mm |

Table 6 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 5. Aspheric coefficients that are not present in Table 6 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number 1.0×10$^{-2}$.

TABLE 6

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −5.73912 | −1.85911E−2 | −5.48212E−3 | −1.83873E−2 | 8.08687E−3 |
| 2 | 4.50339E−1 | −1.46805E−1 | 3.08450E−2 | −4.43517E−3 | 6.52813E−5 |
| 3 | −1.00899E−1 | −3.84242E−2 | 1.31613E−2 | −2.95136E−3 | 1.84241E−4 |
| 4 | 3.72036E−1 | 1.70153E−1 | −5.01230E−2 | 5.44566E−3 | −2.23659E−4 |

FIGS. **13A–13D** show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 3. In FIG. **13A**, the spherical aberration is shown for the e-line ($\lambda$=546.07 nm), the g-line ($\lambda$=435.8 nm), and the C-line ($\lambda$=656.3 nm). As shown in FIG. **13A** the f-number of this embodiment is 2.8. In FIG. **13B**, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. **13C** the distortion is shown at the e-line ($\lambda$=546.07 nm). FIG. **13D** shows the lateral color at the g-line ($\lambda$=435.8 nm) and at the C-line ($\lambda$=656.3 nm). The half-image angle co for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 3 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small

<table>
<tr><td>9</td><td>10</td></tr>
</table>

imaging device can be obtained. In particular, an imaging lens related to Embodiment 3 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

### Embodiment 4

Embodiment 4 is very similar to Embodiment 3 and differs from Embodiment 3 in its lens element configuration only by different radii of curvature of the lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, different refractive indexes and different Abbe numbers of the lens materials, a different thickness of lens element L2, and the object-side lens surface of lens element L1 being a diffractive optical surface. FIG. 24 illustrates this embodiment.

By making at least one of the lens surfaces of the first lens element L1 and the second lens element L2 to be a diffractive optical surface, excellent correction of lateral color can be obtained, color blur decreased, and image quality, such as image resolution, can be improved. The diffractive optical surface is formed so that the diffractive optical surface adds an optical path length OPL that varies with the distance from the optical axis according to the following equation:

$$OPL = (C01 \cdot Y \cdot \lambda)/2\pi \qquad \text{Equation (B)}$$

where

C01 is the DOE (diffractive optical element) constant,

Y is the distance (in mm) from the optical axis, and

$\lambda$ is the wavelength of the light being imaged.

In Embodiment 4, the DOE constant of the object-side lens surface of lens element L1 is $-237.812$.

Table 7 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546.1 nm) and the Abbe number $\nu_d$ (at the d-line of $\lambda$=587.6 nm) of each lens element for Embodiment 4. Listed in the bottom portion of Table 7 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm

St to the image plane Simg (TCL) for Embodiment 4. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 7

| # | r | d | $N_e$ | $\nu_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 1.0000 | | |
| 1 | −11.6877 | 2.0000 | 1.53331 | 64.6 |
| 2 | 4.7916 | 0.3910 | | |
| 3 | 1.2650 | 2.0000 | 1.53331 | 64.6 |
| 4 | −17.9564 | | | |
| f = 2.895 mm | $F_{NO}$ = 2.8 | Bf = 1.808 mm | $2\omega$ = 69° | TCL = 7.199 mm |

Table 8 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 7. Aspheric coefficients that are not present in Table 8 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 8

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −5.73911 | −1.96423E−2 | −5.52092E−3 | −1.73933E−2 | 9.10823E−3 |
| 2 | 4.51049E−1 | −1.45530E−1 | 3.29461E−2 | −5.70002E−3 | 3.17682E−4 |
| 3 | −1.30507E−1 | −3.92555E−2 | 1.28950E−2 | −2.83396E−3 | 1.96295E−4 |
| 4 | 3.72035E−1 | 1.70269E−1 | −5.08813E−2 | 5.87775E−3 | −2.64482E−4 |

FIGS. 14A–14D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 4. In FIG. 14A, the spherical aberration is shown for the e-line ($\lambda$=546.07 nm), the g-line ($\lambda$=435.8 nm), and the C-line ($\lambda$=656.3 nm). As shown in FIG. 14A the f-number of this embodiment is 2.8. In FIG. 14B, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 14C the distortion is shown at the e-line ($\lambda$=546.07 nm). FIG. 14D shows the lateral color at the g-line ($\lambda$=435.8 nm) and at the C-line ($\lambda$=656.3 nm). The half-image angle $\omega$ for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 4 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 4 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

### Embodiment 5

FIG. 4 shows the basic lens element configuration of an imaging lens of Embodiment 5 of the present invention. As

US 6,842,295 B2

11

shown in FIG. **4**, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. **4**, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex, and the lens surface configuration of the inter-mediate portion of the image-side lens surface of the second lens element L2 is concave.

Table 9 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546.1 nm) and the Abbe number $\nu_d$ (at the d-line of $\lambda$=587.6 nm) of each lens element for Embodiment 5. Listed in the bottom portion of Table 9 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 5. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 9

| # | r | d | $N_e$ | $\nu_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.8000 | | |
| 1 | 7.7504 | 2.0000 | 1.52876 | 51.0 |
| 2 | 2.0368 | 0.1000 | | |
| 3 | 1.1267 | 1.8000 | 1.52876 | 51.0 |
| 4 | −4.1703 | | | |
| f = 2.900 mm | $F_{NO}$ = 2.8 | Bf = 1.778 mm | $2\omega$ = 69° | TCL = 6.478 mm |

Table 10 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 9. Aspheric coefficients that are not present in Table 10 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 10

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −5.73784 | 6.70437E−3 | 5.51845E−3 | −3.92123E−3 | −5.55102E−4 |
| 2 | 3.83888E−1 | −1.51962E−1 | 2.01089E−2 | 1.70547E−4 | −3.47513E−4 |
| 3 | −3.07421E−1 | −4.33825E−2 | 1.70826E−2 | −2.98983E−3 | 2.01933E−5 |
| 4 | 3.58809E−1 | 2.03103E−1 | −5.88102E−2 | 6.21637E−3 | −2.28695E−4 |

FIGS. **15A**–**15D** show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 5. In FIG. **15A**, the spherical aberration is shown for the e-line ($\lambda$=546.07 nm), the g-line ($\lambda$=435.8 nm), and the C-line ($\lambda$=656.3 nm). As shown in FIG. **15A** the f-number of this embodiment is 2.8. In FIG. **15B**, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. **15C** the distortion is

12

shown at the e-line ($\lambda$=546.07 nm). FIG. **15D** shows the lateral color at the g-line ($\lambda$=435.8 nm) and at the C-line ($\lambda$=656.3 nm). The half-image angle $\omega$ for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 5 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 5 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

Embodiment 6

Embodiment 6 is very similar to Embodiment 5 and differs from Embodiment 5 in its lens element configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, and some different optical element surface spacings. Therefore, Embodiment 6 is well shown by FIG. **4**.

Table 11 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546.1 nm) and the Abbe number $\nu_d$ (at the d-line of $\lambda$=587.6 nm) of each lens element for Embodiment 6. Listed in the bottom portion of Table 11 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 6. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 11

| # | r | d | $N_e$ | $\nu_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.8000 | | |
| 1 | 11.2013 | 1.5000 | 1.52876 | 51.0 |
| 2 | 2.1137 | 0.1730 | | |
| 3 | 1.1479 | 1.8000 | 1.52876 | 51.0 |
| 4 | −4.3873 | | | |

TABLE 11-continued

| # | r | d | $N_e$ | $\nu_d$ |
|---|---|---|---|---|
| f = 2.900 mm | $F_{NO}$ = 2.8 | Bf = 1.963 mm | $2\omega$ = 69° | TCL = 6.236 mm |

US 6,842,295 B2

13

Table 12 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 11. Aspheric coefficients that are not present in Table 12 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 12

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −5.73781 | 5.29184E−1 | −1.30161E−1 | 1.82677E−3 | −8.21953E−3 |
| 2 | 2.49407E−1 | −1.69505E−1 | 2.71991E−2 | 3.06687E−4 | −1.13938E−3 |
| 3 | −2.93041E−1 | −4.44795E−2 | 1.09101E−2 | −9.58117E−4 | −3.54885E−4 |
| 4 | 3.70722E−1 | 1.91238E−1 | −7.06007E−2 | 1.05705E−2 | −6.37682E−4 |

FIGS. 16A–16D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 6. In FIG. 16A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 16A the f-number of this embodiment is 2.8. In FIG. 16B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 16C the distortion is shown at the e-line (λ=546.07 nm). FIG. 16D shows the lateral color at the g-line (λ=435.8 nm) and the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 6 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 6 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

Embodiment 7

FIG. 5 shows the basic lens element configuration of an imaging lens of Embodiment 7 of the present invention. As shown in FIG. 5, the lens surface configuration near the

14

of the image-side lens surface of the second lens element L2 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex.

Table 13 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number $\nu_d$ (at the d-line of λ=587.6 nm) of each lens element for Embodiment 7. Listed in the bottom portion of Table 13 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 7. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 13

| # | r | d | $N_e$ | $\nu_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.3508 | | |
| 1 | 2.6363 | 1.2000 | 1.51081 | 56.0 |
| 2 | 4.5145 | 0.7127 | | |
| 3 | 2.0959 | 1.2014 | 1.51081 | 56.0 |
| 4 | 5.6949 | | | |
| f = 4.200 mm | $F_{NO}$ = 2.8 | Bf = 2.301 mm | 2ω = 69° | TCL = 5.766 mm |

Table 14 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 13. Aspheric coefficients that are not present in Table 14 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 14

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −5.25973 | 4.05541E−2 | 6.15047E−3 | −1.23399E−3 | 7.60464E−6 |
| 2 | 9.67175E−2 | −4.52384E−2 | 1.91970E−2 | 1.08049E−3 | 9.21900E−4 |
| 3 | −3.75860E−1 | −2.16034E−2 | −9.27519E−3 | 5.15785E−3 | −1.44464E−3 |
| 4 | 2.55897E−1 | 3.62277E−2 | −1.99749E−2 | 3.19498E−3 | −2.55817E−4 |

optical axis of the object-side lens surface of the first lens element L1 is convex, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is concave. Additionally, as shown in FIG. 5, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis

FIGS. 17A–17D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 7. In FIG. 17A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 17A the f-number of this embodiment is 2.8. In FIG. 17B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 17C the distortion is shown at the e-line (λ=546.07 nm). FIG. 17D shows the

15

16

lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 7 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 7 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; and (3) the lateral color can be comparatively smaller even if only a single lens material is used.

Embodiment 8

FIG. 6 shows the basic lens element configuration of an imaging lens of Embodiment 8 of the present invention. As shown in FIG. 6, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is concave. Additionally, as shown in FIG. 6, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave, the lens surface configuration of the intermediate portion and a lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex, and a lens surface configuration even nearer the periphery of the image-side lens surface of the second lens element L2 is concave, as shown by the refracted light ray at r4 of FIG. 6, diverging slightly as it exits the second lens component L2.

Thus Embodiment 8, as described above, is similar to Embodiment 7 shown in FIG. 5. However, as shown in FIG. 6, the very peripheral portion of the image-side lens surface of the second lens element L2 may deviate from the convex shape. Even so, in accordance with the meaning given the phrase "lens surface configuration near the periphery" above as, for example, a lens surface configuration within the range of a light beam 52 with a maximum angle of view passes through as shown in FIG. 10, a lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 in Embodiment 8 is convex. That is, a distinction may be made between "a lens surface configuration near the periphery" and "the lens surface configuration near the periphery" with regard to Embodiment 8, as well as with regard to Embodiment 9 that will be described later.

Table 15 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number $v_d$ (at the d-line of λ=587.6 nm) of each lens element for Embodiment 8. Listed in the bottom portion of Table 15 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 8. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 15

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.3000 | | |
| 1 | 2.2884 | 1.3145 | 1.51081 | 56.0 |
| 2 | 3.2566 | 0.5850 | | |
| 3 | 1.7641 | 1.2000 | 1.51081 | 56.0 |
| 4 | 3.3750 | | | |
| f = 4.200 mm | $F_{NO}$ = 2.8 | Bf = 2.100 mm | 2ω = 69° | TCL = 5.499 mm |

Table 16 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#1 and #2) of lens element L1 of Table 15, and Table 17 below lists the values of the constants K and $A_3$–$A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#3 and #4) of lens element L2 of Table 15. Aspheric coefficients that are not present in Tables 16 and 17 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 16

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −2.84304 | 6.26507E−2 | −7.19804E−3 | −2.66734E−3 | 5.90432E−4 |
| 2 | 1.64448E−2 | −4.47957E−2 | 3.98830E−2 | 3.52573E−3 | −3.75426E−3 |

TABLE 17

| Aspheric Factor | #3 | #4 |
|---|---|---|
| K | −6.60892E−1 | 3.92356E−1 |
| $A_3$ | −4.43633E−2 | −5.86307E−2 |
| $A_4$ | −1.07778E−2 | 3.62928E−2 |
| $A_5$ | 2.91104E−3 | 5.23099E−4 |
| $A_6$ | −7.03438E−3 | −2.13680E−2 |
| $A_7$ | 3.98854E−6 | 5.33612E−5 |
| $A_8$ | 3.41426E−3 | 4.45067E−3 |
| $A_9$ | −1.21763E−6 | 4.45457E−6 |
| $A_{10}$ | −4.21151E−4 | −3.37268E−4 |

FIGS. 18A–18D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 8. In FIG. 18A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 18A the f-number of this embodiment is 2.8. In FIG. 18B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 18C the distortion is shown at the e-line (λ=546.07 nm). FIG. 18D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 8 of the imaging lens of the

17 | 18

present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 8 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; and (3) the lateral color can be comparatively smaller even if only a single lens material is used.

Embodiment 9

Embodiment 9 is very similar to Embodiment 8 and differs from Embodiment 8 in its lens element configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, and different optical element surface spacings. Therefore, Embodiment 9 is well shown by FIG. **6**.

Table 18 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546.1 nm) and the Abbe number $v_d$ (at the d-line of $\lambda$=587.6 nm) of each lens element for Embodiment 9. Listed in the bottom portion of Table 18 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 9. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 18

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.2000 | | |
| 1 | 1.8735 | 1.2083 | 1.51081 | 56.0 |
| 2 | 3.6085 | 0.4602 | | |
| 3 | 1.7947 | 1.0000 | 1.51081 | 56.0 |
| 4 | 1.9050 | | | |
| f = 4.200 mm | $F_{NO}$ = 2.8 | Bf = 1.907 mm | 2ω = 69° | TCL = 4.775 mm |

Table 19 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#1 and #2) of lens element L1 of Table 18, and Table 20 below lists the values of the constants K and $A_3$–$A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#3 and #4) of lens element L2 of Table 18. Aspheric coefficients that are not present in Tables 19 and 20 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 19

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | -1.06047 | 7.15253E-2 | -9.28424E-3 | 3.73723E-3 | -2.22709E-4 |
| 2 | -2.67306E-1 | -9.56477E-2 | 7.80424E-2 | 1.45746E-2 | -5.55543E-3 |

TABLE 20

| Aspheric Factor | #3 | #4 |
|---|---|---|
| K | 7.51249E-2 | 9.13974E-1 |
| $A_3$ | -1.19134E-1 | -1.76537E-1 |
| $A_4$ | -6.46100E-2 | 4.21846E-2 |

TABLE 20-continued

| Aspheric Factor | #3 | #4 |
|---|---|---|
| $A_5$ | -9.53700E-3 | -4.74730E-4 |
| $A_6$ | -8.58963E-3 | -2.16580E-2 |
| $A_7$ | -1.54465E-4 | 1.25086E-5 |
| $A_8$ | 3.39927E-3 | 4.44663E-3 |
| $A_9$ | -2.62721E-6 | 4.24984E-6 |
| $A_{10}$ | -4.21151E-4 | -3.37243E-4 |

FIGS. **19A–19D** show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 9. In FIG. **19A**, the spherical aberration is shown for the e-line ($\lambda$=546.07 nm), the g-line ($\lambda$=435.8 nm), and the C-line ($\lambda$=656.3 nm). As shown in FIG. **19A** the f-number of this embodiment is 2.8. In FIG. **19B**, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. **19C** the distortion is shown at the e-line ($\lambda$=546.07 nm). FIG. **19D** shows the lateral color at the g-line ($\lambda$=435.8 nm) and at the C-line ($\lambda$=656.3 nm). The half-image angle co for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 9 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 9 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; and (3) the lateral color can be comparatively smaller even if only a single lens material is used.

Embodiment 10

FIG. **7** shows the basic lens element configuration of an imaging lens of Embodiment 10 of the present invention. As shown in FIG. **7**, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. **7**, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex.

Table 21 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each

US 6,842,295 B2

19                                                                          20

surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda=546.1$ nm) and the Abbe number $v_d$ (at the d-line of $\lambda=587.6$ nm) of each lens element for Embodiment 10. Listed in the bottom portion of Table 21 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 10. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 21

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.84928 | | |
| 1 | 3.1051 | 1.50001 | 1.510812 | 56.0 |
| 2 | 2.1496 | 0.32098 | | |
| 3 | 1.0771 | 1.20000 | 1.510812 | 56.0 |
| 4 | 3.1037 | | | |
| f = 3.620 mm | $F_{NO}$ = 2.8 | Bf = 2.011 mm | $2\omega$ = 62° | TCL = 5.881 mm |

Table 22 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 21. Aspheric coefficients that are not present in Table 22 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 22

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −6.29986 | 1.53798E-2 | 1.21692E-2 | −1.11344E-2 | 2.54928E-3 |
| 2 | −1.51482 | −2.08165E-1 | 8.89807E-2 | −2.55675E-2 | 3.11514E-3 |
| 3 | −1.18770 | −3.37577E-3 | −1.34069E-2 | −6.91941E-3 | 1.09013E-3 |
| 4 | 2.66840 | 1.27685E-1 | −1.17643E-1 | 3.18908E-2 | −3.45215E-3 |

FIGS. 20A–20D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 10. In FIG. 20A, the spherical aberration is shown for the e-line ($\lambda=546.07$ nm), the g-line ($\lambda=435.8$ nm), and the C-line ($\lambda=656.3$ nm). As shown in FIG. 20A the f-number of this embodiment is 2.8. In FIG. 20B, the astigmatism is shown at the e-line ($\lambda=546.07$ nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 20C the distortion is shown at the e-line ($\lambda=546.07$ nm). FIG. 20D shows the lateral color at the g-line ($\lambda=435.8$ nm) and the C-line ($\lambda=656.3$ nm). The half-image angle $\omega$ for this embodiment is 30.8°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 10 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 10 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion at the image plane can be comparatively smaller, and (2) while the length from the front end of the optical system to the image plane can be comparatively shorter, a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane.

Embodiment 11

FIG. 8 shows the basic lens element configuration of an imaging lens of Embodiment 11 of the present invention.

Embodiment 11 is very similar to Embodiment 10 and differs from Embodiment 10 in its lens elements configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, some different optical surface spacings, and the object-side lens surface of lens element L1 being a diffractive optical surface.

As discussed above with regard to Embodiment 4, by making at least one of the lens surfaces of the first lens element L1 and the second lens element L2 to be a diffractive optical surface, excellent correction of lateral color can be made, color blur decreased, and image quality, such as image resolution, can be improved. The diffractive optical surface is formed so that the diffractive optical surface adds an optical path length O that varies with the distance from the optical axis according Equation (B) discussed above with regard to Embodiment 4. In Embodiment 11, the DOE constant of the object-side lens surface of lens element L1 is −114.465.

Table 23 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda=546.1$ nm) and the Abbe number $v_d$ (at the d-line of $\lambda=587.6$ nm) of each lens element for Embodiment 11. Listed in the bottom portion of Table 23 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 11. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 23

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.98192 | | |
| 1 | 3.1182 | 1.20000 | 1.510812 | 56.0 |
| 2 | 2.4293 | 0.46898 | | |
| 3 | 1.2044 | 1.20000 | 1.510812 | 56.0 |
| 4 | 3.2136 | | | |
| f = 3.620 mm | $F_{NO}$ = 2.8 | Bf = 2.034 mm | $2\omega$ = 62° | TCL = 5.885 mm |

Table 24 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 23. Aspheric coefficients that are not present in Table 24 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

US 6,842,295 B2

21                                                                                                 22

TABLE 24

| # | K | A$_4$ | A$_6$ | A$_8$ | A$_{10}$ |
|---|---|---|---|---|---|
| 1 | −6.19449 | −8.44727E−3 | 2.27410E−2 | −1.27301E−2 | 2.32699E−3 |
| 2 | −9.58202E−1 | −1.93610E−1 | 7.49286E−2 | −2.07462E−2 | 2.56030E−3 |
| 3 | −1.19366 | 2.34717E−3 | −1.52130E−2 | −1.10925E−2 | 2.83169E−3 |
| 4 | 1.01569 | 1.25562E−1 | −1.12639E−1 | 2.97641E−2 | −2.74154E−3 |

FIGS. 21A–21D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 11. In FIG. 21A, the spherical aberration is shown for the e-line ($\lambda$=546.07 nm), the g-line ($\lambda$=435.8 nm), and the C-line ($\lambda$=656.3 nm). As shown in FIG. 21A the f-number of this embodiment is 2.8. In FIG. 21B, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 21C the distortion is shown at the e-line ($\lambda$=546.07 nm). FIG. 21D shows the lateral color at the g-line ($\lambda$=435.8 nm) and at the C-line ($\lambda$=656.3 nm). The half-image angle ω for this embodiment is 30.8°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 11 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 11 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion at the image plane can be comparatively smaller; and (2) while the length from the front end of the optical system to the image plane can be comparatively shorter, a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane.

Embodiment 12

FIG. 9 shows the basic lens element configuration of an imaging lens of Embodiment 12 of the present invention. As shown in FIG. 9, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, and the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. 9, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave, and a lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex.

Additionally, in Embodiment 12, as well as Embodiment 13 discussed below, preferably the following condition is satisfied:

$$\nu_1/\nu_2 > 1.5 \qquad \text{Condition (1)}$$

where

$\nu_1$ is the Abbe number of the lens material of the first lens element L1 at the d-line of 587.6 nm, and

$\nu_2$ is the Abbe number of the lens material of the second lens element L2 at the d-line of 587.6 nm.

Satisfying Condition (1) assists in correcting lateral color.

Table 25 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index N$_e$ (at the e-line of $\lambda$=546.1 nm) and the Abbe number Pd (at the d-line of $\lambda$=587.6 nm) of each lens element for Embodiment 12. Listed in the bottom portion of Table 25 are the focal length f, the f-number F$_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 12. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 25

| # | r | d | N$_e$ | ν$_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.20639 | | |
| 1 | 5.5044 | 1.51876 | 1.510812 | 56.0 |
| 2 | −4.4454 | 0.91525 | | |
| 3 | 1.8389 | 1.20089 | 1.588198 | 30.3 |
| 4 | 1.5846 | | | |
| f = 3.572 mm | F$_{NO}$ = 2.8 | Bf = 1.435 mm | 2ω = 62° | TCL = 5.276 mm |

As is clear from Table 25, Embodiment 12 satisfies Condition (1) above.

Table 26 below lists the values of the constants K, A$_4$, A$_6$, A$_8$, and A$_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#1 and #2) of lens element L1 of Table 25, and Table 27 below lists the values of the constants K and A$_3$–A$_8$ used in Equation (A) above for each of the aspheric lens surfaces (#3 and #4) of lens element L2 of Table 25. Aspheric coefficients that are not present in Tables 26 and 27 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E−2" represents the number 1.0×10$^{-2}$.

TABLE 26

| # | K | A$_4$ | A$_6$ | A$_8$ | A$_{10}$ |
|---|---|---|---|---|---|
| 1 | −6.34586 | −1.32350E−2 | −4.85461E−2 | −1.43777E−2 | 1.723241E−2 |
| 2 | −1.37158 | −1.21929E−1 | 4.13986E−2 | −1.92022E−2 | 7.99612E−4 |

TABLE 27

| Aspheric Factor | #3 | #4 |
|---|---|---|
| K | 8.81571E−1 | 5.60947E−1 |
| A$_3$ | −4.15232E−2 | 1.14966E−2 |

US 6,842,295 B2

23 24

TABLE 27-continued

| Aspheric Factor | #3 | #4 |
|---|---|---|
| $A_4$ | 2.27878E–3 | –4.55428E–2 |
| $A_5$ | –1.16759E–1 | –6.39583E–2 |
| $A_6$ | 4.86423E–3 | 6.87192E–3 |
| $A_7$ | 5.03724E–2 | 2.52552E–2 |
| $A_8$ | –2.56065E–2 | –9.54638E–3 |

FIGS. 22A–22D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 12. In FIG. 22A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 22A, the f-number of this embodiment is 2.8. In FIG. 22B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 22C the distortion is shown at the e-line (λ=546.07 nm). FIG. 22D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.1 nm). The half-image angle ω for this embodiment is 30.8°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 12 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 12 of the present

invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; (3) the field curvature may be comparatively smaller; and (4) coma aberration may be sufficiently smaller to provide an excellent image.

Embodiment 13

Embodiment 13 is very similar to Embodiment 12 and differs from Embodiment 12 in its lens element configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, and different optical element surface spacings. Therefore, Embodiment 13 is well shown by FIG. 9.

Table 28 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number Pd (at the d-line of λ=587.6 nm) of each lens element for Embodiment 13. Listed in the bottom portion of Table 28 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 13. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 28

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.20023 | | |
| 1 | 5.114 | 1.62454 | 1.510812 | 56.0 |
| 2 | –4.7336 | 0.83316 | | |
| 3 | 1.8954 | 1.20201 | 1.588198 | 30.3 |
| 4 | 1.6914 | | | |
| f = 3.570 mm | $F_{NO}$ = 2.8 | Bf = 1.462 mm | 2ω = 62° | TCL = 5.322 mm |

As is clear from Table 28, Embodiment 13 satisfies Condition (1) above.

Table 29 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#1 and #2) of lens element L1 of Table 28, and Table 30 below lists the values of the constants K and $A_3$–$A_8$, used in Equation (A) above for each of the aspheric lens surfaces (#3 and #4) of lens element L2 of Table 28. Aspheric coefficients that are not present in Tables 29 and 30 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 29

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | –6.33819 | –6.19819E–3 | –4.69325E–2 | –1.32574E–2 | 1.68264E–2 |
| 2 | –1.33683 | –1.25998E–1 | 4.53613E–2 | –1.91640E–2 | 1.03630E–3 |

TABLE 30

| Aspheric Factor | #3 | #4 |
|---|---|---|
| K | 9.94497E–1 | 6.40420E–1 |
| $A_3$ | –4.41360E–2 | –5.78488E–4 |
| $A_4$ | –6.34326E–3 | –3.55185E–2 |
| $A_5$ | –1.11340E–1 | –5.40817E–2 |
| $A_6$ | 7.67245E–3 | 2.45232E–3 |
| $A_7$ | 4.74497E–2 | 2.14214E–2 |
| $A_8$ | –2.58460E–2 | –7.75838E–3 |

FIGS. 23A–23D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 13. In FIG. 23A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 23A the f-number of this embodiment is 2.8. In FIG. 23B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 23C the distortion is shown at the e-line (λ=546.07 nm). FIG. 23D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 30.8°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 13 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 13 of the present

US 6,842,295 B2

25

invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; (3) the field curvature may be comparatively smaller; and (4) coma aberration may be sufficiently smaller to provide an excellent image.

The invention being thus described, it will be obvious that the same may be varied in many ways. For instance, values such as the radius of curvature r of each of the lens elements, the surface spacing d, the refractive index $N_d$, as well as the Abbe number $v_d$, are not limited to the examples indicated in each of the aforementioned embodiments, as other values can be adopted. Also, lens elements that act as lens components may variously be modified as lens components that include more than one lens element. Such variations are not to be regarded as a departure from the spirit and scope of the invention. Rather, the scope of the invention shall be defined as set forth in the following claims and their legal equivalents. All such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

1. An imaging lens for an image pickup device formed of only two lens components, in order from the object side, a first lens component and a second lens component, wherein:

an aperture diaphragm is on the object side of the first lens component;

the object-side lens surface of the first lens component is aspheric;

the image-side lens surface of the first lens component is aspheric;

the object-side lens surface of the second lens component is aspheric and the lens surface configuration near the optical axis of the object-side lens surface of the second lens component is convex;

image-side lens surface of the second lens component is aspheric; and

the lens surface configuration near the optical axis of at least one of the object-side lens surface of the first lens component, the image-side lens surface of the first lens component, and the image-side lens surface of the second lens component is concave.

2. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is convex; and

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave.

3. The imaging lens of claim 2, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

4. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the image-side lens surface of the first lens component is convex;

26

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

5. The imaging lens of claim 4, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

6. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is convex;

the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

7. The imaging lens of claim 6, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

8. The imaging lens of claim 6, wherein at least one of the lens surfaces includes a diffractive optical surface.

9. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is convex;

the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

10. The imaging lens of claim 9, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

US 6,842,295 B2

27

28

**11**. The imaging lens of claim **1**, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave; and

a lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

**12**. The imaging lens of claim **11**, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

**13**. The imaging lens of claim **11**, wherein at least one of the lens surfaces includes a diffractive optical surface.

**14**. The imaging lens of claim **1** wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

**15**. The imaging lens of claim **14**, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

**16**. The imaging lens of claim **14**, wherein at least one of the lens surfaces includes a diffractive optical surface.

**17**. The imaging lens of claim **1**, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

**18**. The imaging lens of claim **17**, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

**19**. The imaging lens of claim **1**, wherein the first lens component includes only one lens element and the second lens component includes only one lens element and the following condition is satisfied:

$$\nu_1/\nu_2 > 1.5$$

where

$\nu_1$ is the Abbe number of the lens material of the first lens element at the d-line of 587.6 nm, and

$\nu_2$ is the Abbe number of the lens material of the second lens element at the d-line of 587.6 nm.

**20**. The imaging lens of claim **1**, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

**21**. The imaging lens of claim **20**, wherein at least one of the lens surfaces includes a diffractive optical surface.

**22**. The imaging lens of claim **1**, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave;

the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens component is convex; and

a lens surface configuration near the periphery of the image-side lens surface of the second lens component is concave.

**23**. The imaging lens of claim **1**, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

* * * * *

# EXHIBIT B


(12) **United States Patent** (10) **Patent No.: US 6,795,253 B2**
Shinohara (45) **Date of Patent: Sep. 21, 2004**

(54) **IMAGING LENS**

(75) Inventor: **Yoshikazu Shinohara**, Saitama (JP)

(73) Assignee: **Fuji Photo Optical Co., Ltd.**, Saitama City (JP)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/422,830**

(22) Filed: **Apr. 25, 2003**

(65) **Prior Publication Data**

US 2003/0210475 A1 Nov. 13, 2003

(30) **Foreign Application Priority Data**

May 8, 2002 (JP) ........................................ 2002-132517

(51) Int. Cl.⁷ ............................ **G02B 13/18; G02B 9/12**
(52) U.S. Cl. ...................................... **359/716; 359/791**
(58) Field of Search ................................ 359/649–651, 359/716, 739, 754–756, 784, 791

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,398,136 A  *  3/1995 Ohzawa et al. ............. 359/714

5,940,219 A    8/1999 Yamada ..................... 359/642
6,441,971 B2   8/2002 Ning ......................... 359/739

* cited by examiner

*Primary Examiner*—Georgia Epps
*Assistant Examiner*—William Choi
(74) *Attorney, Agent, or Firm*—Arnold International; Jon W. Henry; Bruce Y. Arnold

(57) **ABSTRACT**

An imaging lens includes, in order from the object side, a positive meniscus first lens component with its convex lens surface on the object side, a positive meniscus second lens component with its convex lens surface on the image side, and a negative third lens component with its concave lens surface on the image side. At least both lens surfaces of the negative third component are aspheric, and all six lens surfaces of the three lens components may be aspheric. The negative refractive power of the third lens component gradually decreases from the center of the third lens component toward the periphery of said third lens component and the peripheral region of the third lens component, outside 70% of its radius, has positive refractive power. The imaging lens may consist of only three lens components or elements. A diaphragm is positioned between the first and second lens components.

**20 Claims, 4 Drawing Sheets**





Fig. 1



Fig. 2



Spherical Aberration
Fig. 3A

Astigmatism
Fig. 3B

Distortion
Fig. 3C



Fig. 4



Fig. 5



Spherical Aberration
Fig. 6A

Astigmatism
Fig. 6B

Distortion
Fig. 6C

US 6,795,253 B2

| 1 | 2 |

# IMAGING LENS

## BACKGROUND OF THE INVENTION

Conventionally, there is a technical field of imaging lenses where a short overall length and low price are demanded for use in lens modules for image acquisition that are mounted in relatively thin equipment, such as simple digital cameras, webcams for personal computers, and portable imaging systems in general. In order to satisfy this demand, previous imaging lenses have been formed in a one-piece lens construction. Because the electronic image sensing chips previously used with the lens modules were compact and had low resolution, maintaining a small image size on the image sensing chips and miniaturizing the lens systems with a small number of lens components was a priority. In previous arrangements, even with a one-piece lens construction, aberrations were acceptable and the incidence angle of light rays onto the image sensing chip was not so large as to be a problem.

However, in recent years, because the resolution and the size of the image sensing chips have increased, aberrations occurring in one-piece lenses are too large to achieve the desired optical performance. Therefore, it has become necessary to develop a lens system with a short overall length and with an optical performance that matches image sensing chips having enhanced resolution and size. Also, because when using such an image sensing chip, the principal rays need to be incident nearly normal onto the surface of the image sensing chip for all rays that are incident onto the chip, the imaging lenses need to be redesigned for the newer, larger image sensing chips.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates to a compact imaging lens having a small number of lens components and a short overall length. More particularly, the present invention relates to an imaging lens for use with personal computers, and portable imaging systems in general, that has a high optical performance even with new, larger, higher resolution image sensing chips, and to an imaging lens that reduces the angle of incidence of light rays onto such an image sensing chip.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given below and the accompanying drawings, which are given by way of illustration only and thus are not limitative of the present invention, wherein:

FIG. 1 shows a cross-sectional view of the imaging lens according to Embodiment 1 of the present invention;

FIG. 2 is a graph that shows the aspheric shape of the image-side surface of the third lens component of the imaging lens of FIG. 1;

FIGS. 3A–3C show the spherical aberration, astigmatism, and distortion, respectively, of the imaging lens of FIG. 1;

FIG. 4 shows a cross-sectional view of the imaging lens according to Embodiment 2 of the present invention;

FIG. 5 is a graph that shows the aspheric shape of the image-side surface of the third lens component of the imaging lens of FIG. 4; and

FIGS. 6A–6C show the spherical aberration, astigmatism, and distortion, respectively, of the imaging lens of FIG. 4.

## DETAILED DESCRIPTION

First, definitions of the terms "lens element" and "lens component" that relate to the following detailed description will be given. The term "lens element" is herein defined as a single transparent mass of refractive material having two opposed refracting surfaces, which surfaces are positioned at least generally transversely of the optical axis of the imaging lens. The term "lens component" is herein defined as (a) a single lens element spaced so far from any adjacent lens element that the spacing cannot be neglected in computing the optical image forming properties of the lens elements or (b) two or more lens elements that have their adjacent lens surfaces either in full overall contact or overall so close together that the spacings between adjacent lens surfaces of the different lens elements are so small that the spacings can be neglected in computing the optical image forming properties of the two or more lens elements. Thus, some lens elements may also be lens components. Therefore, the terms "lens element" and "lens component" should not be taken as mutually exclusive terms. In fact, the terms may frequently be used to describe a single lens element in accordance with part (a) above of the definition of a "lens component."

A general description of the preferred embodiments of the imaging lens of the present invention will now be described with reference to FIG. 1 that shows Embodiment 1. In FIG. 1, the lens elements are referenced by the symbols L1–L3 in order from the object side of the imaging lens. In accordance with the definitions of "lens component," and "lens elements" above, in the two preferred embodiments of the imaging lens of the present invention described below, lens elements L1 and L2 are also lens components. Thus, the present invention may variously be described in terms of lens elements or in terms of lens components.

A diaphragm 2 is arranged between the lens components L1 and L2. A cover glass 1 is placed on the image side of the imaging lens. The radii of curvature of the various optical elements are referenced by the letter R followed by a number denoting their order from the object side of the imaging lens, from R1 to R9. An image sensing chip 3 is placed on the image side of the cover glass 1. The on-axis surface spacings along the optical axis of the optical element and image sensing chip surfaces are referenced by the letter D followed by a number denoting their order from the object side of the imaging lens, from D1 to D9. In FIG. 1, as well as in FIG. 4, an arrow at the top left points toward the object side and an arrow at the top right points toward the image side of the imaging lens.

As shown in FIG. 1, the imaging lens of the present invention includes, in order from the object side of the imaging lens, a positive meniscus first lens component L1 with its convex lens surface on the object side, a positive meniscus second lens component L2 with its convex lens surface on the image side, and a negative third lens component L3 with a concave lens surface on the image side. Both lens surfaces of the negative third lens component L3 are aspheric, the aspheric lens surfaces are formed so that the negative refractive power of the third lens component L3 gradually decreases from the lens center toward the periphery, and the peripheral region has positive refractive power in order to efficiently converge a light beam that is parallel to the optical axis X on an image forming position P of the image sensing chip 3. Other lens surfaces may also be

3

aspheric lens surfaces. Aspheric lens surfaces of the present invention satisfy the following equation:

$$Z=[(CY^2)/\{1+(1-K\cdot C^2\cdot Y^2)^{1/2}\}]+A_4Y^4+A_6Y^6+A_8Y^8+A_{10}Y^{10} \qquad \text{Equation (A)}$$

where

Z is the length (in mm) of a line drawn from a point on the aspheric lens surface at a distance Y from the optical axis to the tangential plane of the aspheric surface vertex,

C is the curvature (=1/the radius of curvature, r) of the aspheric lens surface near the optical axis,

Y is the distance (in mm) from the optical axis,

K is the eccentricity, and

$A_4$, $A_6$, $A_8$, and $A_{10}$ are the fourth, sixth, eighth, and tenth aspheric coefficients.

Although three lens components are used in the two preferred embodiments of the present invention to achieve the desired optical performance, by making the refractive powers of two positive lenses of the first lens component L1 and second lens component L2 to be relatively strong, the overall length of the imaging lens can be made small. Also, by making the third lens component L3 so as to have negative refractive power with a concave lens surface on the image side, with two aspheric lens surfaces so that the negative refractive power gradually decreases from the lens center toward the periphery and the peripherical region has positive refractive power, the image surface can be made flat. A flat image surface is advantageous in forming an image on an image sensing chip having a planar detecting surface. If the third lens component L3 had only positive refractive power, the in-focus region of the image surface would be shifted toward the object side in its center region relative to the in-focus region in the periphery, degrading the optical performance. Forming the third lens component L3 so that its negative refractive power gradually decreases from its center toward its periphery and forming the peripheral region of positive refractive power has not only the effect of flattening the image surface through the effective use of positive power in the peripheral region, but also improves the peripheral image quality.

Additionally, with regard to the incident angle of the principal ray from the imaging lens to the image sensing chip 3, if light from two positive lens components L1 and L2 directly reached the image sensing chip 3, the incident angle would be too large. In the present invention, because the third lens component L3 is placed on the image side of the positive lens component L2 and is formed with an aspheric lens surface with a central region that has negative refractive power that gradually decreases from the lens center toward the periphery so that a peripheral region has positive refractive power, the incident angle of light rays onto the image sensing chip 3 is kept small. This causes the exit pupil of the imaging lens to be remote from the image sensing chip 3.

The imaging lens of the present invention is compact, has a small number of lenses and a short overall length, and provides high optical performance even for large image sensing chips while reducing the incident angle of principal light rays onto the image sensing chip. Note that a lens component, such as the third lens component L3 which has negative refractive power in a central region and positive refractive power in a peripheral region due to its having a cross-sectional curved surface with a point of inflection on at least one lens surface. Because a lens surface having such a shape with a point of inflection is prone in general to manufacturing errors, its use may be limited. However, its use is advantageous in the present invention, where a compact lens is a first priority and the required standard of optical performance can be reliably achieved.

4

Preferably, as shown in FIG. 1, the object-side lens surface and the image-side lens surface of the third lens component L3 have similar cross-sectional shapes that extend roughly parallel to one another from the central region to the peripheral region. By being formed in this manner, the third lens component L3 provides excellent correction for curvature of field as well as an exit pupil that is remote from the image sensing chip.

Additionally, the image-side lens surface of the third lens component L3 has an aspheric shape that satisfies the following condition:

$$0.7\cdot H<DZ|_{=o}<1.0\cdot H \qquad \text{Condition (1)}$$

where

H is the effective lens radius of the third lens component L3, and

$DZ|_{=o}$ is the distance from the optical axis to a point on the aspheric lens surface where the inclination DZ of the tangential plane at that point is zero relative to the tangential plane at the apex of the aspheric lens surface (i.e., a plane perpendicular to the optical axis).

Note that the term "effective lens radius" in the definitions of H above denotes the radius of the effective aperture of the lens.

As stated above, the third lens component L3 which has negative refractive power in a central region and positive refractive power in a peripheral region has at least one lens surface with a cross-sectional shape defining a curve with a point of inflection. Although it is preferable to form both lens surfaces with such a point of inflection, practically it may be preferable to form only the image-side lens surface in that manner. Satisfying Condition (1) means that the distance from the optical axis X of a point on the aspheric surface where the curve has a point of inflection, that is, where the inclination DZ of the tangential plane at that point relative to the tangential plane of the apex of the aspheric surface (a plane perpendicular to the optical axis) is zero is set within the effective diameter of the lens at a distance greater than 70% of the effective radius of the lens component. In this manner, in the third lens component L3, the lens region that has positive refractive power is set at a relatively distant position from the optical axis X. Thus, principal light rays in the peripheral region have angles of incidence that are nearly normal to the surface of the image sensing chip, making a remote exit pupil possible and thereby improving the correction of curvature of field.

Two preferred embodiments of the imaging lens of the present invention will now be described with reference to FIGS. 1–6.

Embodiment 1

FIG. 1 shows the basic lens element configuration of an imaging lens of Embodiment 1 of the present invention. In Embodiment 1, all lens surfaces of the three lens components L1–L3 are aspheric.

Table 1 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) of each optical surface at the optical axis, the on-axis surface spacing D (in mm), as well as the refractive index $N_d$ (at the d-line of $\lambda$=587.6 nm) and the Abbe number $\nu_d$ (at the d-line of $\lambda$=587.6 nm) of each optical element for Embodiment 1. The values in Table 1 are normalized to a focal length of the imaging lens as a whole of 1.0 mm.

US 6,795,253 B2

5

TABLE 1

| # | R | D | $N_d$ | $v_d$ |
|---|---|---|---|---|
| 1* | 0.4963 | 0.23690 | 1.568653 | 58.7 |
| 2* | 1.0069 | 0.10531 | | |
| 3 | ∞(stop) | 0.17996 | | |
| 4* | −0.5958 | 0.39086 | 1.568653 | 58.7 |
| 5* | −0.3790 | 0.03277 | | |
| 6* | 0.7110 | 0.26096 | 1.508692 | 56.0 |
| 7* | 0.4115 | 0.22377 | | |
| 8 | ∞ | 0.11189 | 1.516329 | 64.1 |
| 9 | ∞ | 0.05329 | | |

Table 2 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (those designated with an asterisk to the right of the surface number #) of Table 1. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E2" represents the number $1.0 \times 10^2$.

TABLE 2

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | 2.035497 | 0.1416509 | −5.419014 | 9.363338E1 | −3.618564E2 |
| 2 | 2.712492 | 3.067998 | 2.097959E1 | 3.342231E2 | 6.636590E2 |
| 4 | −11.669500 | −6.880247 | 2.894120E1 | 2.229366E2 | 1.034822E3 |
| 5 | 0.775006 | 1.270864 | 2.336903E1 | −2.821096E2 | 1.424845E3 |
| 6 | −9.204000 | 9.671391 | −9.046550 | 2.877982E1 | −2.848722E1 |
| 7 | 0.144000 | −4.705132 | 1.430551E1 | −3.121113E1 | 2.529566E1 |

FIG. 2 is a graph that shows the aspheric shape of the image-side surface of the third lens component L3 of the imaging lens of FIG. 1. In FIG. 2, a solid line curve DZ indicates the inclination of the tangential plane at different off-axis points on the aspheric lens surface of the third lens component L3 relative to the tangential plane at the apex of the aspheric surface (i.e., a plane perpendicular to the optical axis), the horizontal axis indicates the distance relative to the effective radius H of off-axis points of the third lens L3 with the maximum of the effective radius H being normalized as 1.00, and the vertical axis indicates the value of the inclination at that off-axis point. Also, a dotted line curve Z indicates the depth of the aspheric surface (vertical axis) versus the distance relative to the effective radius H (horizontal axis) of the third lens L3, with the maximum value of the effective radius H normalized as 1.00. With regard to dotted line curve Z, the vertical axis indicates the length of a perpendicular line from a point on the aspheric lens surface extended onto the tangential plane at the apex of the aspheric lens surface (i.e., a plane perpendicular to the optical axis), that is, the depth of the aspheric surface with the maximum value of the depth normalized to 1.00. As shown in FIG. 2, the curve DZ intersects the horizontal axis at about 0.96 so that the DZ|=0 value satisfies Condition (1).

FIGS. 3A–3C show the spherical aberration, astigmatism, and distortion, respectively, of the imaging lens according to

6

Embodiment 1. In FIG. 3A, the spherical aberration is shown for an f-number of 2.42. In FIG. 3B, the astigmatism for the sagittal image surface is shown by the solid line curve and the astigmatism for the tangential image surface is shown by the dash line curve. In FIGS. 3B and 3C, the half-image angle ω is 32.8°.

Embodiment 2

FIG. 4 shows the basic lens element configuration of an imaging lens of Embodiment 2 of the present invention. Embodiment 2 is very similar to Embodiment 1 and differs from Embodiment 1 in its optical element configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, different optical element surface spacings, and some different indexes of refraction and Abbe numbers.

Table 3 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) of each optical surface at the optical axis, the on-axis surface spacing D (in mm), as well as the refractive index $N_d$ (at the d-line of λ=587.6 nm) and the Abbe number $v_d$ (at the d-line of λ=587.6 nm) of each optical element for Embodiment 2. The values in Table 3 are normalized to a focal length of the imaging lens as a whole of 1.0 mm.

TABLE 3

| # | R | D | $N_d$ | $v_d$ |
|---|---|---|---|---|
| 1* | 0.5313 | 0.17879 | 1.755826 | 52.4 |
| 2* | 0.8994 | 0.10547 | | |
| 3 | ∞(stop) | 0.16700 | | |
| 4* | −0.6317 | 0.40124 | 1.614677 | 60.6 |
| 5* | −0.4395 | 0.09181 | | |
| 6* | 0.7177 | 0.19099 | 1.508692 | 56.0 |
| 7* | 0.5373 | 0.22354 | | |
| 8 | ∞ | 0.11177 | 1.516329 | 64.1 |
| 9 | ∞ | 0.10701 | | |

Table 4 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (those designated with an asterisk to the right of the surface number #) of Table 3. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E2" represents the number $1.0 \times 10^2$.

7 8

TABLE 4

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | 2.437886 | −5.096744E-2 | −3.672974 | 1.290241E2 | −5.328737E2 |
| 2 | 2.712599 | 2.265553 | 2.543207E1 | 3.400884E2 | 6.703048E2 |
| 4 | −11.679000 | −6.865530 | 3.071079E1 | −6.585477E1 | 9.115346E2 |
| 5 | 0.871992 | 0.2298116 | 3.109354E1 | −3.117176E2 | 1.225756E3 |
| 6 | −9.300790 | 3.021589 | −2.106266E1 | 6.282047E1 | −6.614596E1 |
| 7 | 0.338821 | −0.2092383 | −1.328609E1 | 4.455271E1 | −5.151744E1 |

FIG. 5 is a graph that shows the aspheric shape of the image-side surface of the third lens component L3 of the imaging lens of FIG. 4. In FIG. 5, a solid line curve DZ indicates the inclination of the tangential plane at different off-axis points on the aspheric lens surface of the third lens component L3 relative to the tangential plane at the apex of the aspheric surface (a plane perpendicular to the optical axis), where the horizontal axis indicates the distance relative to the effective radius H of off-axis points of the third lens L3 in terms of the ratio with the maximum of the effective radius H normalized as 1.00, and the vertical axis indicates the value of the inclination at that off-axis point. Also, a dotted line curve Z indicates the depth of the aspheric surface, using the horizontal axis that indicates the distance relative to the effective radius H of the third lens L3 in terms of the ratio with the maximum value of the effective radius H normalized as 1.00. With regard to dotted line curve Z, the vertical axis indicates the length of a perpendicular line from a point on the aspheric lens surface extended onto the tangential plane at the apex of the aspheric lens surface (a plane perpendicular to the optical axis), that is, the depth of the aspheric surface in terms of the ratio with the maximum value of the depth of this aspheric surface normalized as 1.00. As shown in FIG. 5, the curve DZ intersects with the horizontal axis at about 0.96 so that the $DZ|_{=0}$ value satisfies Condition (1).

FIGS. 6A–6C show the spherical aberration, astigmatism, and distortion, respectively, of the imaging lens according to Embodiment 2. In FIG. 6A, the spherical aberration is shown for an f-number of 2.84. In FIG. 6B, the astigmatism for the sagittal image surface is shown by the solid line curve and the astigmatism for the tangential image surface is shown by the dash line curve. In FIGS. 6B and 6C, the half-image angle ω is 32.4°.

The invention being thus described, it will be obvious that the same may be varied in many ways. For instance, values such as the radius of curvature R of each of the lens elements, the surface spacing D, the refractive index $N_d$, as well as the Abbe number $v_d$, are not limited to the examples indicated in each of the aforementioned embodiments, as other values can be adopted. Also, lens elements that act as lens components may variously be modified as lens components that include more than one lens element. Additionally, the number and locations of the various aspheric lens surfaces can be varied, although preferably both lens surfaces of the image-side lens component are aspheric and, as indicated in the preferred embodiments discussed above, desirably the lens surfaces of the other lens components are also aspheric lens surfaces in order to improve the optical performance of the imaging lens. Also, the lens materials are not limited to glass, but plastic may also be used as a lens material. In that case, glass and plastic may be used for lens materials of different lens components or all the lens components may be made of plastic.

Additionally, if a lens component would be made of more than one lens element, the lens component may include both plastic and glass lens elements or may be made of all plastic lens elements or all glass lens elements. Such variations are not to be regarded as a departure from the spirit and scope of the invention. Rather, the scope of the invention shall be defined as set forth in the following claims and their legal equivalents. All such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

1. An imaging lens comprising, in order from the object side and without any intervening lens components, the following:

a first lens component of positive refractive power and a meniscus shape with its convex lens surface on the object side;

a second lens component of positive refractive power and a meniscus shape with its convex lens surface on the image side; and

a third lens component of negative refractive power and having a concave lens surface on the image side;

wherein

both lens surfaces of said third lens component are aspheric; and

the negative refractive power of said third lens component gradually decreases from the center of said third lens component toward the periphery of said third lens component and the peripheral region of said third lens component has positive refractive power.

2. The imaging lens of claim 1, wherein each of said first lens component, said second lens component, and said third lens component consists of one lens element.

3. The imaging lens of claim 1, wherein said imaging lens includes only three lens components.

4. The imaging lens of claim 1, wherein said imaging lens consists of three lens elements.

5. The imaging lens of claim 1, wherein a diaphragm is positioned between the first and second lens components.

6. The imaging lens of claim 2, wherein a diaphragm is positioned between the first and second lens components.

7. The imaging lens of claim 3, wherein a diaphragm is positioned between the first and second lens components.

8. The imaging lens of claim 4, wherein a diaphragm is positioned between the first and second lens components.

9. The imaging lens of claim 1, wherein both lens surfaces of the first and second lens components are aspheric.

10. The imaging lens of claim 2, wherein both lens surfaces of the first and second lens components are aspheric.

9

**11.** The imaging lens of claim **1**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

**12.** The imaging lens of claim **2**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

**13.** The imaging lens of claim **3**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

**14.** The imaging lens of claim **4**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

**15.** The imaging lens of claim **5**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

10

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

**16.** The imaging lens of claim **6**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

**17.** The imaging lens of claim **7**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

**18.** The imaging lens of claim **8**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

**19.** The imaging lens of claim **9**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

US 6,795,253 B2

11

**20**. The imaging lens of claim **10**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7 \cdot H < DZ|_{=0} < 1.0 \cdot H \qquad 5$$

where

H is the effective lens radius of said third lens component, and

12

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

\* \* \* \* \*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United State in September 1974, is required for the us eof the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| FUJINON CORPORATION | SAMSUNG TELECOMMUNICATIONS AMERICA, L.P.  and SAMSUNG ELECTRONICS CO., LTD. |

**(b)** County of Residence of First Listed Plaintiff:  Plaintiff is a Japanese Corporation
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Not Applicable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (firm Name, Address, and Telephone Number)

Joseph Grey (ID 2358)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801
TEL:  (302) 654-5180

Attorneys (If Known)

Not Known

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

❑ 1   U.S. Government
       Plaintiff

❑ 2   U.S. Government
       Defendant

X 3   Federal Question
       (U.S. Government Not a Party)

❑ 4   Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated or Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated and Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 610 Agriculture | ❑ 422 Appeal 28 USC 158 | ❑ 400 State Reapportionment |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 362 Personal Injury- | ❑ 620 Other Food & Drug | ❑ 423 Withdrawal | ❑ 410 Antitrust |
| ❑ 130 Miller Act | ❑ 315 Airplane Product | Med. Malpractice | ❑ 625 Drug Related Seizure | 28 USC 157 | ❑ 430 Banks and Banking |
| ❑ 140 Negotiable Instrument | Liability | ❑ 365 Personal Injury- | of Property 21 USC 881 | | ❑ 450 Commerce |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel & | Product Liability | ❑ 630 Liquor Laws | **PROPERTY RIGHTS** | ❑ 460 Deportation |
| & Enforcement of Judgement | Slander | ❑ 368 Asbestos Personal | ❑ 640 R.R. & Truck | ❑ 820 Copyrights | ❑ 470 Racketeer Influenced and |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' | Injury Product | ❑ 650 Airline Regs. | X 830 Patent | Corrupt Organizations |
| ❑ 152 Recovery of Defaulted | Liability | Liability | ❑ 660 Occupational | ❑ 840 Trademark | ❑ 480 Consumer Credit |
| Student Loan | ❑ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ❑ 490 Cable/Sat TV |
| (Excl. Veterans) | ❑ 345 Marine Product | ❑ 370 Other Fund | ❑ 690 Other | **SOCIAL SECURITY** | ❑ 810 Selective Service |
| ❑ 153 Recovery of Overpayment | Liability | ❑ 371 Truth in Lending | | ❑ 861 HIA (1395ff) | ❑ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 380 Other Personal | | ❑ 862 Black Lung (923) | Exchange |
| ❑ 160 Stockholder's Suits | ❑ 355 Motor Vehicle | Property Damage | | ❑ 863 DIWC/DIWW (405(g)) | ❑ 875 Customer Challenge |
| ❑ 190 Other Contract | Product Liability | ❑ 385 Property Damage | | ❑ 864 SSI Title XVI | 12 USC 3410 |
| ❑ 195 Contract Product Liability | ❑ 360 Other Personal | Product Liability | | ❑ 865 RSI (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | Injury | | | | ❑ 891 Agricultural Acts |
| | | | **LABOR** | **FEDERAL TAX SUITS** | ❑ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 710 Fair Labor Standards | ❑ 870 Taxes (U.S. Plaintiff | ❑ 893 Environmental Matters |
| ❑ 210 Land Condemnation | ❑ 441 Voting | ❑ 510 Motions to Vacate | Act | or Defendant | ❑ 894 Energy Allocation Act |
| ❑ 220 Foreclosure | ❑ 442 Employment | Sentence | ❑ 720 Labor/Mgmt. Relations | ❑ 871 IRS—Third Party | ❑ 895 Freedom of Information |
| ❑ 230 Rent Lease & Ejectment | ❑ 443 Housing/ | **Habeas Corpus:** | ❑ 730 Labor/Mgmt. Reporting | 26 USC 7609 | Act |
| ❑ 240 Torts to Land | Accommodation | ❑ 530 General | & Disclosure Act | | ❑ 900 Appeal of Fee Determination |
| ❑ 245 Tort Product Liability | ❑ 444 Welfare | ❑ 535 Death Penalty | ❑ 740 Railway Labor Act | | Under Equal Access to |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities- | ❑ 540 Mandamus & Other | ❑ 790 Other Labor Litigation | | Justice |
| | Employment | ❑ 550 Civil Rights | ❑ 791 Empl. Ret. Inc. | | ❑ 950 Constitutionality of |
| | ❑ 446 Amer. w/Disabilities- | ❑ 555 Prison Condition | Security Act | | State Statutes |
| | Other | | | | |
| | ❑ 440 Other Civil Rights | | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

X 1  Original
     Proceeding

❑ 2  Removed
     from State
     Court

❑ 3  Remanded from
     Appellate Court

❑ 4  Reinstated or
     Reopened

❑ 5  Transferred from
     another district
     (specify)

❑ 6  Multidistrict
     Litigation

❑ 7  Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing:  35 U. S. C. § 1 et seq.

Brief description of cause:  Action for Injunctive Relief, Damages, and Related Relief for Patent Infringement.

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND  Unliquidated

CHECK YES only if demanded in complaint:
JURY DEMAND:  X Yes   ❑ No

## VIII. RELATED CASE(S) IF ANY

None Known

JUDGE _____    DOCKET NUMBER _____

DATE:  May 19, 2006

SIGNATURE OF ATTORNEY OF RECORD
*/s/ Joseph Grey (ID No. 2358)*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

SL1 636479v1/101408.00001

JS 44 Reverse (Rev. 11104)

### INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

#### AUTHORITY FOR CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: Inland condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** Attorneys. Enter the firm name, address, telephone number, and attorney of record If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated instate courts maybe removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date. Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers. Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**      Example:      U.S. Civil Statute: <u>47 USC 553</u>
                        Brief Description: <u>Unauthorized reception of cable service</u>

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction. Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.