# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| Samsung Telecommunications ) | **JURY TRIAL DEMANDED** |
| America, LP. and Samsung Electronics ) | |
| Co., Ltd. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **NOTICE OF INTENT**

Plaintiff, Fujinon Corporation ("Fujinon"), by and through its undersigned counsel, hereby gives notice pursuant to Rule 16.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware that it intends to seek a determination of complexity under 28 U.S.C. § 473(a)(2)(B). The grounds for such a determination are as follows:

1. Plaintiff brings this action against Defendants, Samsung Telecommunications America LP and Samsung Electronics Co., Ltd., jointly and severally, hereinafter collectively referred to as "Samsung," for patent infringement under the patent laws of the United States, Title 35, United States Code §§ 101 *et seq.* As alleged in the Complaint, Defendants infringed on two patents owned by the Plaintiff for imaging lens technology.

2. Plaintiff anticipates that this case will require substantial expert testimony directed at liability and damages. Plaintiff will also require substantial amounts of discovery from the Defendants. The Complaint alleges that at least 19 different products sold by the Defendants infringed on the Plaintiff's patents. On information and belief, millions of dollars in

sales may be involved. In addition, one of the Defendants is a foreign corporation and there will likely be both logistical and legal issues raised during the discovery phase of this litigation with respect to that Defendant. Furthermore, inasmuch as infringing products offered for sale in the United States were, upon information and belief, imported from overseas, Plaintiff may be required to seek information from third parties in this country and abroad.

Accordingly, for the reasons stated above, Plaintiff Fujinon Corporation shall, at the appropriate time, seek a determination that this case be treated as a complex matter.

Dated: May 19, 2006                                STEVENS & LEE, P.C.


By: */s/ Joseph Grey*
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Telecopier: (302) 654-5181
E-Mail: jg@stevenslee.com


Quentin R. Corrie
Charles Gorenstein
Robert J. Kenney
8110 Gatehouse Road
Suite 100 East
Falls Church, VA 22040-0747
(703) 205-8000

*Counsel for the Plaintiff*