UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Samsung Telecommunications )<br>America, LP. and Samsung Electronics )<br>Co., Ltd. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-332 JJF |

### STIPULATION AND ORDER EXTENDING THE ANSWER DEADLINE

Plaintiff and Defendant, Samsung Telecommunications America, L.P., by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The time for Defendant Samsung Telecommunications America, L.P. to file its answer to the Complaint is hereby extended to Thursday, October 5, 2006.

2. Defendant, Samsung Telecommunications America, L.P., waives any defense it might have under Federal Rules of Civil Procedure 12(b)(4) and (5).

SAMSUNG TELECOMMUNICATIONS
AMERICA, L.P.

By: *Pamela Day*
Title: VP + General Counsel

STEVENS & LEE, P.C.

By: _____
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Telecopier: (302) 654-5181
E-Mail: jg@stevenslee.com

1

                                                Quentin R. Corrie
                                                Charles Gorenstein
                                                Robert J. Kenney
                                                8110 Gatehouse Road
                                                Suite 100 East
                                                Falls Church, VA 22040-0747
                                                (703) 205-8000

                                                *Counsel for the Plaintiff*

SO ORDERED, this ___ day of ___, 2006


_____
Joseph J. Farnan, Jr.
United States District Judge