UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Samsung Telecommunications )<br>America, LP. and Samsung Electronics )<br>Co., Ltd. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-332 JJF |

## STIPULATION AND ORDER EXTENDING THE ANSWER DEADLINE

Plaintiff and Defendants, Samsung Telecommunications America, L.P. and Samsung Electronics Co., Ltd., by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The time for Defendants to file their answer to the Complaint is hereby extended to Monday, November 6, 2006.

2. Defendants, Samsung Telecommunications America, L.P. and Samsung Electronics Co., Ltd., waive any defense they might have under Federal Rules of Civil Procedure 12(b)(4) and (5).

| | |
|---|---|
| SAMSUNG TELECOMMUNICATIONS<br>AMERICA, L.P.<br><br><br>By: _Pamela Day_<br>Title: _VP & General Counsel_ | STEVENS & LEE, P.C.<br><br>By: _[signature]_<br>Joseph Grey (ID 2358)<br>1105 North Market Street, Seventh Floor<br>Wilmington, DE 19801<br>Telephone: (302) 654-5180<br>Telecopier: (302) 654-5181<br>E-Mail: jg@stevenslee.com |

1

SAMSUNG ELECTRONICS CO., LTD.

By: _____
Title: PATENT COUNSEL

Quentin R. Corrie
Charles Gorenstein
Robert J. Kenney
8110 Gatehouse Road
Suite 100 East
Falls Church, VA 22040-0747
(703) 205-8000

*Counsel for the Plaintiff*

SO ORDERED, this ___ day of ___, 2006

_____
Joseph J. Farnan, Jr.
United States District Judge

2