**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Fujinon Corporation ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 06-332 JJF |
| v. ) | |
| ) | |
| Samsung Telecommunications ) | |
| America, LP. and Samsung Electronics ) | |
| Co., Ltd. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR FURTHER EXTENSION OF ANSWER DATE**

Plaintiff Fujinon Corporation, by and through its undersigned counsel, hereby moves this Court for a further extension of the deadline by which the Defendants must answer the Complaint in this action. The grounds for this Motion are as follows:

1. This action was filed on or about May 10, 2006. Both of the Defendants consented to service and two prior requests have been made, by stipulation, for extensions of the answer dates applicable to the Defendants. The current deadline for answering the Complaint expires today, November 6, 2006.

2. Plaintiff is pleased to report that it has an agreement in principal with Defendants to settle this case. Some additional time will be needed to document the terms of the settlement and consummate the agreement. The settlement will result in the dismissal of this action.

3. Plaintiff respectfully requests that the Court extend the answer deadline one more time, for sixty (60) days, in order to give the parties time to effectuate their agreement in principal. Defendants do not oppose the relief requested in this Motion.

4.   A form of Order is attached for the Court's convenience.

Dated:  November 6, 2006                    STEVENS & LEE, P.C.


                                            By:  */s/ Joseph Grey*
                                            Joseph Grey (ID 2358)
                                            1105 North Market Street, Seventh Floor
                                            Wilmington, DE  19801Samsung
                                            telecommunications America, LP.
                                            Telephone:  (302) 654-5180
                                            Telecopier:  (302) 654-5181
                                            E-Mail:  jg@stevenslee.com

                                            Quentin R. Corrie
                                            Charles Gorenstein
                                            Robert J. Kenney
                                            8110 Gatehouse Road
                                            Suite 100 East
                                            Falls Church, VA 22040-0747
                                            (703) 205-8000

                                            *Counsel for the Plaintiff*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Fujinon Corporation | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | Civil Action No. 06-332 JJF |
| v. | ) | |
| | ) | |
| Samsung Telecommunications | ) | |
| America, LP. and Samsung Electronics | ) | |
| Co., Ltd. | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

## ORDER FOR FURTHER EXTENSION OF ANSWER DEADLINE

This __ day of November, upon Motion of the Plaintiff and for good cause shown, the Court hereby Orders that the time for Defendants to answer the Complaint in this action is extended to January 5, 2007.

 

_____
Joseph J. Farnan, Jr.
United States District Court Judge

**CERTIFICATE OF SERVICE**

    I, Joseph Grey, hereby certify that, on this sixth day of November, 2006, I caused true and correct copies of the foregoing Motion to be served by United States mail, postage prepaid, upon the Defendants at the following addresses:

        Samsung Electronics Co., Ltd
        Maetan-3 Dong, Yeongtong-Gu
        Suwon-si, Gyunggi-Do
        Korea  442-600
        Attn:  Mr. Seung Gun Park, Vice President

        Samsung Telecommunications America, LP
        1301 East Lookout Drive
        Richardson, Texas  75082

         */s/ Joseph Grey*
        Joseph Grey