**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Fujinon Corporation | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 06-332 JJF |
| v. | ) | |
| | ) | |
| Samsung Telecommunications | ) | |
| America, LP. and Samsung Electronics | ) | |
| Co., Ltd. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER FOR FURTHER EXTENSION OF ANSWER DEADLINE**

This 8 day of November, upon Motion of the Plaintiff and for good cause shown, the

Court hereby Orders that the time for Defendants to answer the Complaint in this action is

extended to January 5, 2007.

Joseph J. Farnan, Jr.
United States District Court Judge

SL1 678864v1/101408.00001