### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 06-332 JJF |
| v. ) | |
| ) | |
| Samsung Telecommunications ) | |
| America, LP. and Samsung Electronics ) | |
| Co., Ltd. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### THIRD MOTION FOR FURTHER EXTENSION OF ANSWER DATE

Plaintiff Fujinon Corporation, by and through its undersigned counsel, hereby moves this Court for a further extension of the deadline by which the Defendants must answer the Complaint in this action. The grounds for this Motion are as follows:

1. This action was filed on or about May 10, 2006. Both of the Defendants consented to service and prior requests have been made for extensions of the answer dates applicable to the Defendants. The current deadline for answering the Complaint expires on March 6, 2007.

2. The parties have agreed in principal to settle this case. The parties are now well into the process of documenting their agreement – a process which has been complicated by the fact that key participants in the settlement process are located in other countries. Plaintiff anticipates that a formal written agreement will be signed and other conditions to the dismissal of this action will be satisfied in the next sixty (60) days. Once those conditions are satisfied, this case will be dismissed with prejudice.

3.     The Defendants have asked Plaintiff's local counsel to move the Court for a further extension of the answer deadline for another sixty (60) days, in order to give the parties time to effectuate their agreement in principal.  The Plaintiff has consented to that request.

4.     A form of Order is attached for the Court's convenience.

Dated: March 5, 2007                           STEVENS & LEE, P.C.


By:  */s/ Joseph Grey*
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE  19801
Telephone:  (302) 654-5180
Telecopier:  (302) 654-5181
E-Mail:  jg@stevenslee.com

Quentin R. Corrie
Charles Gorenstein
Robert J. Kenney
8110 Gatehouse Road
Suite 100 East
Falls Church, VA 22040-0747
(703) 205-8000

*Counsel for the Plaintiff*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Fujinon Corporation | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 06-332 JJF |
| v. | ) | |
| | ) | |
| Samsung Telecommunications | ) | |
| America, LP. and Samsung Electronics | ) | |
| Co., Ltd. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER FOR FURTHER EXTENSION OF ANSWER DEADLINE

This __ day of March, 2007 upon Motion of the Plaintiff and for good cause shown, the Court hereby Orders that the time for Defendants to answer the Complaint in this action is extended to May 7, 2007.

_____
Joseph J. Farnan, Jr.
United States District Court Judge

SL1 706243v1/101408.00001

**CERTIFICATE OF SERVICE**

     I, Joseph Grey, hereby certify that, on this fifth day of March, 2007, I caused true and correct copies of the foregoing Motion to be served by United States mail, postage prepaid, upon the Defendants at the following addresses:

          Samsung Electronics Co., Ltd
          Maetan-3 Dong, Yeongtong-Gu
          Suwon-si, Gyunggi-Do
          Korea  442-600
          Attn:  Mr. Seung Gun Park, Vice President

          Samsung Telecommunications America, LP
          1301 East Lookout Drive
          Richardson, Texas  75082

          */s/ Joseph Grey*
          Joseph Grey