**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FUJINON CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | C.A. No. 06-332 JJF |
| ) | |
| SAMSUNG TELECOMMUNICATIONS ) | |
| AMERICA, LP and SAMSUNG ) | |
| ELECTRONICS CO., LTD, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as counsel to the defendants, Samsung Telecommunications America, LLP and Samsung Electronics Co., in the above action.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants Samsung
Telecommunications America, LLP and
Samsung Electronics Co.*

Dated: May 4, 2007
180227.1