**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FUJINON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) C.A. No. 06-332 JJF |
| | ) |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LP and SAMSUNG ELECTRONICS CO., LTD, | ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATED ORDER**

WHEREAS, this action was filed on or about May 10, 2006;

WHEREAS, prior requests have been made for extensions of the answer dates applicable to defendants Samsung Telecommunications America, LLP and Samsung Electronics Co. ("Samsung") and stipulated orders and motions for extension of time to file the complaint have been filed and entered by the Court (*see* D.I. 6-10),

WHEREAS, on March 5, 2007, the plaintiff filed a Motion seeking a further extension of the defendants' answer date until May 7, 2007 (D.I. 11);

WHEREAS, the parties to this action have reached an agreement in principle to settle their dispute and are finalizing the necessary formal settlement agreement documentation, though that process has been complicated by the fact that key participants in the settlement process are located in other countries; and

WHEREAS, the parties believe that a stay of 60 days would facilitate their efforts toward completing the formal settlement agreement documentation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this action is stayed until July 6, 2007. If a stipulation of

2

dismissal has not been filed by July 6, 2007, counsel shall submit a status report to the Court setting forth: (i) the status of the parties' efforts to finalize their settlement; and (ii) counsels' views as to whether a further extension of this stay would be productive.

| STEVENS & LEE, P.C. | ASHBY & GEDDES |
|---|---|
| */s/ Joseph Grey* | */s/ Lauren E. Maguire* |
| _____ | _____ |
| Joseph Grey (ID #2358)<br>1105 North Market Street, 7TH Floor<br>Wilmington, DE 19801<br>(302) 654-5180<br>jg@stevenslee.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiff Fujinon Corp.* | *Attorneys for Defendants Samsung Telecommunications America, LLP and Samsung Electronics Co.* |

      SO ORDERED this _____day of _____, 2007.

_____
United States District Judge

180222.1