# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation )<br>)<br>   Plaintiff )<br>) <br>v. )<br>)<br>Samsung Telecommunications )<br>America, LP. and Samsung Electronics )<br>Co., Ltd. )<br>)<br>   Defendants. )<br>) | Civil Action No. 06-332 |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and no Answer or Motion for Summary Judgment having been filed in this action, Plaintiff, Fujinon Corporation hereby dismisses this case with prejudice.

Dated: June 21, 2007       STEVENS & LEE, P.C.

                /s/ Joseph Grey
               Joseph Grey (ID 2358)
               1105 North Market Street, Seventh Floor
               Wilmington, DE 19801
               Telephone: (302) 654-5180
               Telecopier: (302) 654-5181
               E-Mail: jg@stevenslee.com

               Quentin R. Corrie, Esquire
               Charles Gorenstein, Esquire
               Robert J. Kenney, Esquire
               8110 Gatehouse Road, Suite 100 East
               Falls Church, VA 22040-0747
               (703) 205-8000

               *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 21st day of June, 2007, and in addition to the service provided by the Court's CM/ECF service, I caused true and correct copies of the foregoing Notice of Dismissal to be served by first class United States mail, postage prepaid and addressed to counsel for the Defendant as follows:

> Steven J. Balick, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899

                                         */s/ Joseph Grey*
                                         Joseph Grey