O AO 120 (Rev. 3/04)

| TO: | Director of the U.S. Patent and Trademark Mail Stop 8 Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06-332 | DATE FILED<br>5/19/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Fujinon Corporation | | DEFENDANT<br><br>Samsung Telecommunications America LP et al |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,842,295 B2 | 01/11/05 | Fuji Photo Optical Co Ltd. |
| 2 | 6,795,253 B 2 | 09/21/04 | Fuji Photo Optical Co Ltd. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

DECISION/JUDGEMENT

See       VOLUNTARY DISMISSAL ATTACHED

In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | *[signature]* | 6/22/2007 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Fujinon Corporation | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 06-332 |
| v. | ) | |
| | ) | |
| Samsung Telecommunications | ) | |
| America, LP. and Samsung Electronics | ) | |
| Co., Ltd. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and no Answer or Motion for Summary Judgment having been filed in this action, Plaintiff, Fujinon Corporation hereby dismisses this case with prejudice.

Dated: June 21, 2007         STEVENS & LEE, P.C.


　　　　　　　　　　　　　　　　　　　　 /s/ Joseph Grey
　　　　　　　　　　　　　　　　　　　Joseph Grey (ID 2358)
　　　　　　　　　　　　　　　　　　　1105 North Market Street, Seventh Floor
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　Telephone:  (302) 654-5180
　　　　　　　　　　　　　　　　　　　Telecopier:  (302) 654-5181
　　　　　　　　　　　　　　　　　　　E-Mail:  jg@stevenslee.com

　　　　　　　　　　　　　　　　　　　Quentin R. Corrie, Esquire
　　　　　　　　　　　　　　　　　　　Charles Gorenstein, Esquire
　　　　　　　　　　　　　　　　　　　Robert J. Kenney, Esquire
　　　　　　　　　　　　　　　　　　　8110 Gatehouse Road, Suite 100 East
　　　　　　　　　　　　　　　　　　　Falls Church, VA 22040-0747
　　　　　　　　　　　　　　　　　　　(703) 205-8000

　　　　　　　　　　　　　　　　　　　*Counsel for the Plaintiff*